# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ZUNIGA, <br><br> Petitioner, <br><br> v. <br><br> DAVE DAVEY, Warden, <br><br> Respondent. | Case No. ED CV 17-00105 PA (AFM) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Petitioner's request for an evidentiary hearing is denied; and (3) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: June 1, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE