# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ZUNIGA, | Case No. ED CV 17-00105 PA (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVE DAVEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 1, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE